**Avrias L. SHEPPARD, Respondent,**

v.

**Darrell L. HARRIS, Appellant.**

**No. ED 104675**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: June 20, 2017

FOR APPELLANT: Bradley J. Bakula, 8011 Clayton Road, 3rd Floor, St. Louis, Missouri 63117, Elbert A. Walton, Jr., 2320 Chambers Road, St. Louis, Missouri 63136.

FOR RESPONDENT: Bruce Eastman, 320 Brookes Drive, Suite 231, Hazelwood, Missouri 63042.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM

Darrell L. Harris ("Husband") appeals the trial court's judgment denying his motion to modify the amount of maintenance he is required to pay to his ex-wife Avrias L. Sheppard ("Wife"). In Husband's sole point on appeal, Husband contends that the trial court erred by denying his motion to modify because Wife failed to present evidence to support that he could earn $70,000 per year—or any amount for that matter—or that he was deliberately not working, and Husband's uncontroverted testimony was that he had been actively seeking work since 2014 but had been unable to find work. Finding no error of law, we affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).